Routh Crabtree's Motion [37] to Dismiss (converted to a summary judgment) is granted.

Regional Trustee Services Corp. Motion [147] for summary judgment is granted.

Household defendants Motion [71] to Dismiss (converted to a summary judgment) is granted.

Plaintiff's Discovery Motions [101], [103], [123] are denied.

Plaintiff's Discovery Motion [99] is moot (superseded by [123].

Windermere & Thompson Motion [165] (for entry of Rule 54(b) judgment) is denied as moot.

Plaintiff's Motion [102] for a default against Secured Funding is denied.

Plaintiff's Motion [177] for Judicial Notice is denied as unnecessary.

Plaintiff's Cross-Motion for Summary Judgment [94] is denied.

The Preliminary Injunction [24], [40], [92] is dissolved.  Plaintiff may remain in possession of the premises at 1135 Rainbow Drive, in Grants Pass, Oregon, until 5:00 p.m. on Monday, October 19, 2009.  Plaintiff shall not do anything to damage or destroy the real property, or remove anything affixed to the land or buildings.

Plaintiff has until Monday, September 28, 2009, to move for reconsideration of the court's rulings.

The Clerk shall reinstate Plaintiff to ECF for this case, and promptly furnish Plaintiff with electronic copies of all documents filed from August 25, 2009 through September 8, 2009.